UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DEBORAH RAPOZA : | |
| : | |
| v. : | C.A. No. 18-098-JJM-LDA |
| : | |
| UNIVERSITY SURGICAL : | |
| ASSOCIATES, INC. : | |

## DISMISSAL STIPULATION

In accordance with Fed.R.Civ.P. 41(a)(1)(ii), the parties, by and through their respective attorneys, hereby stipulate and agree that all claims in the above-captioned action shall be dismissed, with prejudice, no interest, costs or attorney's fees to any party.

| | |
|---|---|
| Plaintiff, | Defendant, |
| DEBORAH RAPOZA | UNIVERSITY SURGICAL ASSOCIATES, INC. |
| By her attorney, | By its attorneys, |
| | |
| /s/ Thomas J. Enright | /s/ Michael D. Chittick |
| THOMAS J. ENRIGHT (#7356) | MICHAEL D. CHITTICK (#5967) |
| tom@enrightlawoffice.com | mchittick@apslaw.com |
| ENRIGHT LAW LLC | ALI KHORSAND (#8084) |
| 696 Reservoir Avenue | akhorsand@apslaw.com |
| Cranston, RI  02910 | ADLER POLLOCK & SHEEHAN P.C. |
| Tel:  401-526-2620 | One Citizens Plaza, 8th Floor |
| Fax:  401-457-7117 | Providence, RI  02903-1345 |
| | Tel:  401-274-7200 |
| | Fax:  401-751-0604 |

Dated:  May 7, 2019

937993.v1